# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUDENCIO VAZQUEZ-CALLETANO,<br>  aka "Abudencio Vasqui-Calletano,"<br>  aka "Audencio Vasquez-Callenta,"<br>  aka "Richard Martinez-Reyes,"<br><br>Defendant. | Case No. 2:25-mj-00344-EJY<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the **13** day of May, 2025 at the hour of **4** p.m., be vacated and continued to August 19, 2025 at the hour of 2:00 p.m. in Courtroom 3D.

DATED this 30th day of April, 2025.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE