UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUDENCIO VAZQUEZ-CALLETANO,<br>　aka "Abudencio Vasqui-Calletano,"<br>　aka "Audencio Vasquez-Callenta,"<br>　aka "Richard Martinez-Reyes,"<br><br>　　　　Defendant. | Case No. 2:25-mj-00344-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 30th day of April, 2025.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE